**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Debtor: **Larry Charles Posey, III**     SSN: XXX-XX-**9635**     CASE NO. **14-51297**
Joint Debtor:_____     SSN: XXX-XX-_____     Median Income: **XXX** Above___Below
Address: **923 Lee Street, Wiggins, MS 39577**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below-median income debtor(s), or less than 60 months for above-median income debtors(s).

(A)     Debtor shall pay $**1,383.00** monthly to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an order directing payment shall be issued to Debtor's employer at the following address:

> **DFAS**
> **Garnishment Operations**
> **P.O. Box 998002**
> **Cleveland, OH 44199-8002**

**PRIORITY CREDITORS. N/A**

**DOMESTIC SUPPORT OBLIGATION.** DUE TO:     **Dept of Human Services**
**P.O. Box 4301**
**Jackson, MS 39296**

POST-PETITION OBLIGATION: In the amount of $**811.00** per month beginning **September 2014.** To be paid through payroll deduction.

PRE-PETITION ARREARAGE: In the total amount of $**8,588.00** through **August 2014** which shall be paid in the amount of $**143.14** per month beginning **September 2014**. To be paid through the plan.

**HOME MORTGAGES.**     All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party-in-interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **Grand Bank for Savings** Beginning **09/2014** @ $**868.00**          **XXX** Plan ___Direct

Mtg arrears to **Grand Bank for Savings** Through **08/2014** $**2,604.00** @$**43.40** /mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM: N/A**

**NON-MORTGAGE SECURED CLAIMS.**     Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.*  The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Tower Loan** | **Appliance** | **YES** | **$1,518.00** | **$ 1600.00** | **5%** | **Pay Amt. Owed** |
| **Volkswagen Credit** | **2008 Nissan** | **NO** | **$11,809.00** | **$11,900.00** | **5%** | **Pay Amt. Owed** |

Debtor's Initials **LCP**     Joint Debtor's Initials_____     Chapter 13 Plan, Page 1 of 2

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor mus file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **OneMain Financial** | **Household Goods** | **$9,767.00** | **Avoid lien & treat as unsecured** |
| **Tower Loan** | **Household Goods** | **$8,190.00** | **Avoid lien & treat as unsecured** |
| **United Credit Corp** | **Household Goods** | **$ 789.00** | **Avoid lien & treat as unsecured** |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| **Fed Loan Serv** | **$8,896.00** | **$34.00** | **Unsecured** |
| **Fed Loan Serv** | **$7,582.00** | **$29.00** | **Unsecured** |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**GENERAL UNSECURED CLAIMS** total approximately $**83,067.00**. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), __**0**____%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general/unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:     $**3,200.00**
Attorney fee previously paid:   $   **580.00**
Attorney fee to be paid in plan: $**2,620.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co./Agent | Attorney for Debtor (Name/Address/Phone/Email) |
|---|---|
| **USAA** | **Paul B. Caston, MSB # 10086**<br>**P.O. Box 1742**<br>**Hattiesburg, MS 39403-1742**<br>**Tel. 601-544-2516**<br>**Fax. 601-544-2517**<br>E. **paulcaston@gmail.com** |

DATED:  **August 30, 2014**    DEBTOR'S SIGNATURE **/s/ Larry Charles Posey**

JOINT DEBTOR'S SIGNATURE_____

ATTORNEY'S SIGNATURE **/s/Paul B. Caston**

Debtor's Initials **LCP**   Joint Debtor's Initials_____        Chapter 13 Plan, Page 2 of 2